**MAGISTRATE'S CRIMINAL MINUTES
COMPLAINT**

DATE: 4/3/24 @ 3:44

TAPE: FTR @ _____

TIME IN COURT: 3 mins

MAGISTRATE JUDGE CATHERINE M. SALINAS        ANGELA SMITH DEPUTY CLERK

CASE NUMBER  1:24-mj-284           DEFENDANT'S NAME  Ervin Lee Bolling

AUSA  Katie Terry                  DEFENDANT'S ATTY  TaKiya Wheeler
USPO/PTR  Emma Moses               Type Counsel (circle)  Retained  CJA  (FDP)  WAIVED

___✓___ Initial appearance hearing held.
_____ Interpreter _____ sworn.

### COUNSEL

___✓___ ORDER appointing Federal Defender as counsel for defendant. (_____ INITIAL APPEARANCE)
_____ ORDER appointing _____ as counsel for defendant.
_____ ORDER defendant to pay attorney's fees as follows: _____
_____ ORDER giving defendant _____ to employ counsel ( ) Verbal  ( ) cc by courtroom deputy

### PRELIMINARY HEARING

___✓___ Preliminary hearing set/reset/cont to  4/8/24  @  2:30 pm
_____ Defendant WAIVES preliminary hearing. _____ WAIVER FILED.
_____ Preliminary hearing HELD. _____ Probable cause found; defendant held to District Court.
_____ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

___✓___ Government Motion for Detention filed. Pretrial Detention Hearing set for  4/8/24  @  2:30 pm
___✓___ Temporary Commitment issued. Remanded to USM.
_____ Bond/Pretrial detention hearing held.
_____ Government Motion for detention _____ GRANTED _____ DENIED.
_____ Pretrial detention ordered. (Written order to follow _____).
_____ BOND set at $ _____ NON SURETY _____ SURETY _____
        _____ cash _____ property _____ corporate surety ONLY
_____ SPECIAL CONDITIONS: _____

_____ Bond filed, defendant released.
_____ Bond not executed, defendant to remain in Marshal's custody.
_____ Motion (verbal _____) to reduce/revoke bond hearing held.
_____ Motion to reduce/revoke bond _____ GRANTED _____ DENIED

_____ SEE PAGE 2