MAGISTRATE'S CRIMINAL MINUTES
COMPLAINT

DATE: 4/8/24 @ _____

TAPE: FTR @ 2:35

TIME IN COURT: 36 mins

MAGISTRATE JUDGE CATHERINE M. SALINAS     ANGELA SMITH DEPUTY CLERK

CASE NUMBER __1:24-mJ-284__   DEFENDANT'S NAME __Ervin Lee Bolling__

AUSA __Katie Terry__   DEFENDANT'S ATTY __Takiya Wheeler__
                       Type Counsel (circle)   Retained   CJA  (FDP)  WAIVED

USPO/PTR __Emma Moses__

_____ Initial appearance hearing held.

_____ Interpreter _____ sworn.

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant. (_____ INITIAL APPEARANCE)

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER defendant to pay attorney's fees as follows: _____

_____ ORDER giving defendant _____ to employ counsel ( ) Verbal  ( ) cc by courtroom deputy

## PRELIMINARY HEARING

_____ Preliminary hearing set/reset/cont to _____ @ _____

_____ Defendant WAIVES preliminary hearing. _____ WAIVER FILED.

✓ Preliminary hearing HELD.   ✓ Probable cause found; defendant held to District Court.

_____ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

_____ Government Motion for Detention filed. Pretrial Detention Hearing set for _____ @ _____

_____ Temporary Commitment issued. Remanded to USM.

✓ Bond/Pretrial detention hearing ~~held~~. Continued until 4/23/24 c 2:00 p.m.

_____ Government Motion for detention _____ GRANTED _____ DENIED.

_____ Pretrial detention ordered.  (Written order to follow _____ ).

_____ BOND set at $ _____ NON SURETY _____ SURETY _____

        _____ cash _____ property _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed, defendant released.

_____ Bond not executed, defendant to remain in Marshal's custody.

_____ Motion (verbal _____) to reduce/revoke bond hearing held.

_____ Motion to reduce/revoke bond _____ GRANTED _____ DENIED

_____ SEE PAGE 2

|              |              |           |              |
|--------------|--------------|-----------|--------------|
|              | Ervin Lee    |           | PAGE 2       |
| Defendant:   | Bolling      | Case No.: | 1:24-mj-284  |
| Date:        | 4/8/24       |           |              |

WITNESSES:

G1- Matthew Upshaw- FBI Agent

EXHIBITS:

G1- Copy of Criminal complaint 1:24-mj-284- Admitted

Original Exhibits _____ RETAINED by the Court ✓ RETURNED to counsel