IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NUMBER 1:24-MJ-284 |
| ERVIN LEE BOLLING, | |
| Defendant. | |

**O R D E R**

For good cause shown, the oral motion by the defendant to continue the detention hearing is GRANTED. The detention hearing is rescheduled to April 30, 2024, at 10:00 a.m. in courtroom 1810.

The time from April 23, 2024, to and until April 30, 2024, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161.

IT IS SO ORDERED this 19th day of April, 2024.

_____
CATHERINE M. SALINAS
United States Magistrate Judge